### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                       NO. 4:15CR00002-01 JLH

DANA DEFFENBAUGH                                                                          DEFENDANT

### ORDER

Pending before the Court is the defendant's third pro se motion for appointment of new counsel. CJA Panel Attorney Dale Adams has responded and states no objection to this motion. The motion for appointment of new counsel is GRANTED. Document #36.

IT IS THEREFORE ORDERED that CJA Panel Attorney J. Blake Hendrix, Jr., is hereby appointed to represent defendant Dana Deffenbaugh in all further proceedings. Dale Adams is relieved from any further representation of the defendant in this matter.

IT IS SO ORDERED this 23rd day of July, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE