**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                            NO. 4:15CR00002 JLH

DANA DEFFENBAUGH                                                                                  DEFENDANT

## ORDER

Dana Deffenbaugh has filed a motion to revoke the detention order entered by the magistrate judge. The review is *de novo* under 18 U.S.C. § 3145(b). The Court orders the government to respond to the motion on or before December 17, 2015, and state whether it wishes to present additional evidence. The defendant's reply will be due on December 23, 2015, and should state whether the defendant wishes to present additional evidence.

IT IS SO ORDERED this 3rd day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE